AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE District of ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v. | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |

ALEXA CHRISTINE ORR

Case No.    2:11cr075-04-WKW

USM No.    62796-019

Roianne Conner
Defendant's Attorney

## THE DEFENDANT:

☐  admitted guilt to violation of condition(s) _____ of the term of supervision.

X  was found in violation of condition(s)    2 of the Amended Petition    after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Defendant was terminated from the residential treatment program | 04/12/2013 |

The defendant is sentenced as provided in pages 2 through ___5___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 4616

Defendant's Year of Birth:    1987

City and State of Defendant's Residence:
Flowery Branch, Georgia

09/11/2013
Date of Imposition of Judgment

Signature of Judge

W. KEITH WATKINS, CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

9.18.13
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
          Sheet 2— Imprisonment

DEFENDANT:       ALEXA CHRISTINE ORR
CASE NUMBER:     2:11cr075-04-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

37 Months. The term of supervised release imposed on January 17, 2013 is revoked. The sentence is imposed to reflect the seriousness of the offense; to promote respect for the law; to provide just punishment for the violation offenses; to afford adequate deterrence to criminal conduct; to protect the public from further crimes of the defendant; and to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.    **(See page 3)  (*)**

X   The court makes the following recommendations to the Bureau of Prisons:
    The Court recommends that defendant complete the residential drug abuse treatment program (RDAP) while in the custody of the Bureau of Prisons and that defendant be designated to a facility which offers the RDAP and mental health treatment services. The Court also strongly recommends that defendant be medically evaluated for her stroke recovery and potential disabilities.        (See medical records)

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____  ☐  a.m.   ☐  p.m.   on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL

AO 245D    (Rev 09/11) Judgment in a Criminal Case for Revocations
   Sheet 2A — Imprisonment

Judgment—Page ___3___ of ___5___

DEFENDANT:   ALEXA CHRISTINE ORR
CASE NUMBER:  2:11cr075-04-WKW

## ADDITIONAL IMPRISONMENT TERMS

(*)

The sentence is also being imposed outside the advisory guideline range as the defendant received a downward departure at her original sentencing.

AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations

Sheet 3 — Supervised Release

Judgment—Page ___4___ o ___5___

DEFENDANT:   ALEXA CHRISTINE ORR
CASE NUMBER:   2:11cr075-04-WKW

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

22 Months

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if

X   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 4C — Probation

Judgment—Page    5    of    5

DEFENDANT:      ALEXA CHRISTINE ORR
CASE NUMBER:    2:11CR075-04-WKW

## SPECIAL CONDITIONS OF SUPERVISION

Defendant shall reside in a residential reentry center in Montgomery County, Alabama under contract to the Federal Bureau of Prisons for a term of six (6) months, and shall comply with all rules of the facility.  This term shall begin during the defendant's first six months of supervised release and the defendant is to surrender to the designated facility at the time directed by the probation officer.

Defendant shall participate in an intensive program approved by the United States Probation Office for substance abuse, which will  include testing to determine whether she has reverted to the use of drugs. Defendant shall contribute to the cost of any treatment based on ability to pay and the availability of third-party payments to include Blue Cross Blue Shield payments.

Defendant shall participate in a mental health treatment program approved by the United States Probation Office and contribute to the cost based on ability to pay and availability of third party payments to include Blue Cross Blue Shield payments

Defendant shall submit to a search of her person, residence, office or vehicle pursuant to the search policy of this Court.

.